**No. 09-11200. Corey Wilson, Petitioner v. United States.**

562 U.S. 867, 131 S. Ct. 157, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6484.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 367 Fed. Appx. 381.